# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 10-04905** |
| | **Chapter 11** |
| **MEDICAL EDUCATIONAL AND HEALTH SERVICES INC** | |
| | **Adversary No. 10-00146** |
| **Debtor(s)** | |
| | |
| **MAYAGUEZ MEDICAL CENTER DR RAMON E BETANCES INC** | |
| | |
| **Plaintiff** | |
| **vs.** | |
| | |
| **MEDICAL EDUCATIONAL AND HEALTH SERVICES INC** | |
| | **FILED & ENTERED ON 02/27/2015** |
| **Defendant(s)** | |

## ORDER

On October 7, 2011, the court denied Plaintiff's Motion for Reconsideration of a previous Order which denied their motion for summary judgment [Dkt. No's 56 and 58]. In the October 7, 2011 Order, the court stated in plain terms that "[t]he consequences resulting from the final adjudication of the contract termination dispute, will potentially have an effect on the validity of the subsequent contract entered into by the Plaintiff and the Municipality of Mayaguez."

The Opinion and Order dated February 27, 2015 [Dkt. No. 240], concludes that the Contract for the Operation and Administration of the Hospital Ramón Emeterio Betances Mayaguez Medical Center executed by and between Defendant, Medical Educational and Health Services, Inc.

(hereinafter "MEDHS") and the Municipality of Mayaguez is legally valid and binding on the signatory parties. As such, Plaintiffs standing to pursue this Complaint is suspect. The Motion to Dismiss filed by Defendant, MEDHS [Dkt. No. 229] is GRANTED. The Complaint and the Counter Claim are dismissed with prejudice. Clerk to enter Judgment forthwith.

SO ORDERED

San Juan, Puerto Rico, this 27th day of February, 2015.

Brian K. Tester
U.S. Bankruptcy Judge